IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL B. WILLIAMS,

      Plaintiff,                    No. CIV S-11-0626 GGH P

    vs.

DEBBIE PHILIPS, et. al.,

      Defendants.             <u>ORDER</u>

                                          /

        Plaintiff, a civil detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

\\\\\

\\\\\

1

1 request to proceed in forma pauperis.[1]

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

        2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

        3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

        United States District Court  
        Eastern District of California  
        2500 Tulare Street  
        Fresno, CA 93721

DATED: March 17, 2011

                                /s/ Gregory G. Hollows  
                                UNITED STATES MAGISTRATE JUDGE

GGH: AB  
will0626.22

---

[1] Plaintiff has also filed a motion for a temporary restraining order (Doc. 3), that the court has not ruled on. The court notes that the TRO concerns hospital officials deducting money from plaintiff's trust account.

2